UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PAUL MCLAUGHLIN | : |
| --- | --- |
|  | : CIVIL ACTION NO.: 15-04743-RBS |
| v. | : |
| THE BOROUGH OF BRIDGEPORT, PENNSYLVANIA | : JURY TRIAL DEMANDED |

## STIPULATION OF SETTLEMENT

It is hereby stipulated and agreed that parties have agreed to settle the above captioned matter consistent with the terms set forth below:

(1) Payment of $42,000 to Mark D. Schwartz, Esquire IOLTA Account FBO Paul McLaughlin which will cover all economic damages, costs and counsel fees;

(2) The test for the position of sergeant will be given within 90 days and the promotion to sergeant will be within 120 days. Officer McLaughlin will not be required to take the sergeant's test and will be promoted with the other officers. In the event that the other two officers eligible to take the test are successful then all three will be promoted at the same time and will have the same seniority at the rank of Sergeant. In the event that only one of the other two officers passes the test, that officer and Officer McLaughlin will be promoted at the same time with the same level of seniority at that rank. In the event that neither of the other two pass the test, Officer McLaughlin alone will be promoted alone to sergeant in 120 days;

(3) There is a requirement of approval by Borough Council and that will be noted in the Stipulation, however we agree the stipulation will be submitted to the court for approval by the close of business next Friday;

(4) Officer McLaughlin will be required to sign a release which counsel for Bridgeport will be sending to Mr. Schwartz; and

(5) There is no admission of liability by the Borough of Bridgeport.

Dated this 6 day of May, 2016.

Mark D. Schwartz, Esquire
Attorney for Plaintiff
Paul McLaughlin

Salvatore F. Bello, Jr., Esquire
Solicitor, The Borough of Bridgeport

Joseph J Santarone, Jr., Esquire
Attorney for Defendant
The Borough of Bridgeport

BY THE COURT:

By: _____
Honorable R. Barclay Surrick
United States District Judge

5/9/16

*Filed 5/9/16*
*M. Schwartz*
*J. Santarone*
*J. Porter*

2

```
                MODE = MEMORY TRANSMISSION            START=MAY-09 14:24    END=MAY-09 14:28

                FILE NO.=206
        STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES      DURATION

        001       OK       ≗          16105255534           003/003    00:01:40
        002       OK       ≗          2155750856            003/003    00:00:31
```

-JUDGE R. BARCLAY SURRICK -

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
8614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

Chambers of
R. BARCLAY SURRICK
United States District Judge

(267) 299-7630

May 9, 2016

To:  **Mark Daniel Schwartz, Esquire**
P. O. Box 330
Bryn Mawr, Pennsylvania
Email: MarkSchwartz6814@gmail.com
Fax: 610-525-5534

**Joseph J. Santarone, Jr., Esquire**
**Diana P. Cortes, Esquire**
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, Pennsylvania 19103
Email: jjsantarone@mdwcg.com
       dpcortes@mdwcg.com
Fax: 215-575-0856

Re:  *McLaughlin v. The Borough Of Bridgeport, Pennsylvania*
     *Civil Action No. 15-4743*

**Memo:** Stipulated Order of the Court to follow.

**Via Fax:** Three (3) pages transmitted to include this cover page.